Malinda Sherwyn, in Pro Per
1445 East Linden Street
Tucson, Arizona 85719
Pima Country
520-609-7944
malindaws@Icloud.com

Plaintiff

FILED _____ LODGED
RECEIVED _____ COPY

JUN 21 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CV-21-00249-TUC-JR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ARIZONA

-v-

**Clarus™ HQ**
7537 Jack Newell Blvd N,
Fort Worth, TX 76118
+1 888.813.7414
**Email info@clarus.com**

and
EJ Morrow, CEO
7537 Jack Newell Blvd N,
Fort Worth, TX 76118
+1 888.813.7414
**Email info@clarus.com**

and
Vinny Tounalom, CFO
7537 Jack Newell Blvd N,
Fort Worth, TX 76118
+1 888.813.7414
**Email info@clarus.com**

**and**

Britney Ricks, Senior VP Architectural Design and Development

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: _LRCiv-7.1_
(Rule Numbed/Section)

1

Clarus™ HQ
7537 Jack Newell Blvd N,
Fort Worth, TX 76118
+1 888.813.7414
**Email info@clarus.com**

## COMPLAINT

## I. **INTRODUCTION, PARTIES, JURSIDICTION**

1.    At all times I, Malinda Sherwyn am the plaintiff living in Tucson, Arizona.

2.    At all times pertinent hereto, Defendant EJ Morrow, CEO of Clarus™ HQ Vinny Tounalom, CFO of Clarus™ HQ, and Britney Ricks, Senior VP Architectural Design and Development of Clarus™ HQ of Fort Worth, Texas, are the owners or work for a company that sold their products to the state of Arizona.

The term "CEO," "CFO" and "Senior VP of Architectural Design and Development" referred to herein to Plaintiff's information and belief, constitutes of high levels duties and the delegation of final decision making as to the conduct of the investigations and acts asserted herein;

Mr. EJ Morrow, is sued in his official capacity, as is the CEO, of Clarus™ HQ and a real party of interest with respect to payment of my judgment rendered against Mr. Morrow in this case.

3.    At all times pertinent hereto, Defendants CEO Mr. EJ Morrow, CFO Mr. Vinny Tounalom and Senior VP Britney Ricks, are employed by Clarus™ HQ.

## II. **FACTS**

2

**The Plaintiff Malinda Sherwyn brings forth the following casues of action and alleges the following:**

4.      The Plaintiff  Malinda Sherwyn is an individual and a resident of Tucson, Arizona.

5.      The defendants own and or work for a legally defined business entity, formed under the laws of the State of Texas and are located at 7537 Jack Newell Blvd N, Fort Worth, TX 76118

6.      On 6/22/2020 I entered the Tucson Public Defenders for a meeting at 33 North Stone Avenue, Tucson, AZ 85701.  As I approached the covid temperature station I felt as if my right foot had been hit with a machete. The pain was shocking and I could not put any weight on my foot.  I looked back and then saw the steel blade supports the Clarus' TherMobile Board. There are more than one of these boards in Tucson.

7.      The Mobile Board created by Clarus™ HQ is a poorly designed tripping hazard and caused an injury that laid me up over the entire summer of 2020. The pain prevented me from walking, driving and working. If you look at the photo below, immediately after the injury before my foot swelled to three three times its natural size, it looks as if I have six toes. The support blade of your Clarus' TherMobileBoard caused a fracture along the fifth metatarsal of my right foot. To this day it remains hot and swollen at night with nerve pain. Doctors said the pain could last six months to a year. The year is approaching and the, throbbing and nerve pain continues. It has limited my ability to work and be on my feet.

**Damages**

8.      **WHEREFORE,** Plaintiff seeks compensatory damages in the amount of $30,000.00 plus if I must hire one, all attorneys fees and costs  if incurred in connection with this action.

Respectfully submitted 6/21/21

Malinda Sherwyn, Plaintiff

3

EX "A"



EXHIBIT "A"

**CERTIFICATE OF SERVICE**
**BY FIRST CLASS US MAIL and E-Mail**
    I, Malinda Sherwyn have sent a copy of this pleading to the following parties:

Clarus™ HQ 7537
Jack Newell Blvd N, Fort Worth, TX 76118
+1 888.813.7414
**Email info@clarus.com**

EJ Morrow, CEO of Clarus™ HQ
7537 Jack Newell Blvd N,
Fort Worth, TX 76118
+1 888.813.7414
**Email info@clarus.com**

Vinny Tounalom, CFO of Clarus™ HQ
7537 Jack Newell Blvd N,
Fort Worth, TX 76118
+1 888.813.7414
**Email info@clarus.com**

Britney Ricks, Senior VP Architectural Design and Development, of Clarus™ HQ
7537 Jack Newell Blvd N,
Fort Worth, TX 76118
+1 888.813.7414
**Email info@clarus.com**

4